# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| JAMES W. ALEXANDER, | ) | |
| Plaintiff, | ) | |
| v. | ) | CV419-196 |
| FLOYD JUSTIN, *et al.*, | ) | |
| Defendants. | ) | |

# ORDER

Plaintiff filed this case on August 12, 2019, doc. 1, and paid the filing fee. Since that time, no action in this case has occurred and it appears that plaintiff has failed to update the Court, doc. 4, with regards to his current address. *See* Fed. R. Civ. Pro. 4(m) ("If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time; *see also* S.D. Ga. L. R. 11.1 ("Each attorney and *pro se* litigant has a continuing obligation to apprise the Court of any address change."). Accordingly, plaintiff is **DIRECTED** to show cause

within fourteen days why this case should not be dismissed for failure to prosecute and for failure to follow a court rule. *See* Fed. R. Civ. P. 41(b).

**SO ORDERED,** this 14th day of January, 2020.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA