IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JAMES W. ALEXANDER, | |
| Plaintiff, | CIVIL ACTION NO.: 4:19-cv-196 |
| v. | |
| FLOYD JUSTIN, *et al.*, | |
| Defendants. | |

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's June 23, 2020, Report and Recommendation, (doc. 7), to which Plaintiff has not filed objections.  Accordingly, the Court **ADOPTS** the Report and Recommendation, (doc. 7), as its opinion **DISMISSED** Plaintiff's Complaint **WITHOUT PREJUDICE**.  The Court **DIRECTS** the Clerk of Court to **CLOSE** this case.

**SO ORDERED**, this 22nd day of September, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA